**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**FILED**
**October 7, 2024**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:24-mj-934-BT |
| MICHAEL CRUZ GLORIA (03) | |

MOTION FOR PRETRIAL DETENTION AND MOTION TO CONTINUE

The United States asks for the pretrial detention of Defendant under Title 18, United States Code, Sections 3142(e) and 3142(f).

1. *Eligibility of Case*. This case is eligible for a detention order under 18 U.S.C. § 3142(f) because it is a case that involves:

    \_\_\_\_\_ A crime of violence as defined in 18 U.S.C. § 3156(a)(4). (18 U.S.C. § 3142(f)(1)(A)).

    \_\_\_\_\_ An offense for which the maximum sentence is life imprisonment or death. (18 U.S.C. § 3142(f)(1)(B)).

    \_\_X\_\_ Controlled substances offense for which the maximum sentence is 10 years or more. (18 U.S.C. § 3142(f)(1)(C)).

    \_\_\_\_\_ A felony that was committed after the defendant had been convicted or two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses. (18 U.S.C. § 3142(f)(1)(D)).

    \_\_X\_\_ A serious risk defendant will not appear. (18 U.S.C. § 3142(f)(2)(A)).

    \_\_\_\_\_ A serious risk defendant will obstruct or attempt to obstruct justice, or threaten, injure or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror. (18 U.S.C. § 3142(f)(2)(B)).

    \_\_\_\_\_ A felony that involves a minor victim in a qualifying offense or failure to register as a sex offender. (18 U.S.C § 3142(f)(1)(E)).

    \_\_\_\_\_ A felony that involves the possession or use of a firearm or destructive device, or any other dangerous weapon. (18 U.S.C. § 3142(f)(1)(E)).

2. ***Reason for Detention.***  The Court should detain defendant because no condition or combination of conditions will reasonably assure:

  X   Defendant's appearance as required.
  X   Safety of any other person and the community.

3. ***Rebuttable Presumption.***  The United States will invoke the rebuttable presumption against defendant under 18 U.S.C. § 3142(e).

The presumption applies because:

  X   Probable cause to believe defendant committed 10 + year drug offense or firearms offense, 18 U.S.C. § 924(c). (18 U.S.C. § 3142(e)).
_____ Previous conviction for "eligible" offense committed while on pretrial bond.  (18 U.S.C. § 3142(e)(1)-(3)).
_____ Probable cause to believe defendant committed a federal crime of terrorism as defined by 18 U.S.C. §2332b(g)(5).
_____ Probable cause to believe defendant committed a qualifying offense involving a minor victim.  (18 U.S.C. § 3142(e)).

4. ***Time for Detention Hearing***.  The United States requests the Court conduct the detention hearing:
_____ At first appearance.
  X   After continuance of three (3) days.
_____ After continuance of 10 days under 18 U.S.C. § 3142(d).
_____ Moot at this time as defendant is in state custody.  Hearing requested if detention becomes a viable issue.

[NOTHING FURTHER ON THIS PAGE]

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

/s/ Robert Withers

ROBERT WITHERS
Assistant United States Attorney
Texas State Bar No.  24072758
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone:   214-659-8600
Facsimile:   214-659-8812
E-Mail:      robert.withers@usdoj.gov

**Government's Motion for Detention – Page 3**